# EXHIBIT C
# CASE INFORMATION COVER SHEET AND AREA DESIGNATION

FILED
2025 MAR 28 02:13 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-09916-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| MOORE | No. 25-2-09916-4 SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| LVNV FUNDING LLC | |
| | (CICS) |

**CAUSE OF ACTION**

TTO - Tort /Other

**AREA OF DESIGNATION**

SEA   Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.