# EXHIBIT E

# CONSENT OF DEFENDANT LVNV FUNDING LLC

Nicholas Ranallo, Esq. WSBA No.: 51439
5058 57th Avenue South
Seattle, WA 98118
Telephone: (831) 607-9299
E-Mail: nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| KEIRSTEN MOORE AND JEREMY MOORE,<br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES L.P.; CREDIT CONTROL, LLC; SYNCHRONY BANK; and TRANS UNION LLC,<br>    Defendants. | CASE NO.<br><br>**LVNV FUNDING LLC'S CONSENT TO REMOVAL** |

Without waiving any of its defenses or any other rights, Defendant LVNV Funding LLC hereby consents to the removal of this action from the Superior Court of the State of Washington, County of King, to the United States District Court for the Western District of Washington.

Date: April 29, 2025

By: /s/  B. Ben Mohandesi
Name

*Counsel for Defendant LVNV Funding LLC*