# EXHIBIT F

# CONSENT OF DEFENDANT RESURGENT CAPITAL SERVICES, L.P.

Nicholas Ranallo, Esq. WSBA No.: 51439
5058 57th Avenue South
Seattle, WA 98118
Telephone: (831) 607-9299
E-Mail: nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| KEIRSTEN MOORE AND JEREMY MOORE,<br>          Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES L.P.; CREDIT CONTROL, LLC; SYNCHRONY BANK; and TRANS UNION LLC,<br>          Defendants. | CASE NO.<br><br>**RESURGENT CAPITAL SERVICES L.P.'S CONSENT TO REMOVAL** |

Without waiving any of its defenses or any other rights, Defendant Resurgent Capital Services L.P. hereby consents to the removal of this action from the Superior Court of the State of Washington, County of King, to the United States District Court for the Western District of Washington.

Date: April 29, 2025                By: /s/        B. Ben Mohandesi
                                    Name

*Counsel for Defendant Resurgent Capital Services L.P.*