# EXHIBIT G

# CONSENT OF DEFENDANT CREDIT CONTROL, LLC

Nicholas Ranallo, Esq.  WSBA No.: 51439
5058 57th Avenue South
Seattle, WA 98118
Telephone: (831) 607-9299
E-Mail: nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| KEIRSTEN MOORE AND JEREMY MOORE,<br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC; RESURGENT CAPITAL SERVICES L.P.; CREDIT CONTROL, LLC; SYNCHRONY BANK; and TRANS UNION LLC,<br>    Defendants. | CASE NO.<br><br>**CREDIT CONTROL, LLC'S CONSENT TO REMOVAL** |

Without waiving any of its defenses or any other rights, Defendant Credit Control, LLC hereby consents to the removal of this action from the Superior Court of the State of Washington, County of King, to the United States District Court for the Western District of Washington.

Dated: April 30, 2025

Respectfully Submitted,

By: /s/ MATTHEW J. BELL
Matthew J. Bell, Mo. Bar No. 67241
MARTIN GOLDEN LYONS WATTS MORGAN PLLC
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117
mbell@mgl.law
P: (314) 669-5490
F: (888) 632-6937
*On Behalf of Credit Control, LLC*